# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MOSES HAMPTON, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | No. 20-6279 |
| v. | : | |
| | : | |
| SPEEDWAY, LLC, and RICHARD MYRICK, | : | |
|     Defendants. | : | |

## ORDER

**AND NOW,** this 9thday of April, 2021 it is **ORDERED** that Plaintiff's First Motion to Remand to State Court PA (ECF No. 2) is **GRANTED**. It is further **ORDERED** that this action is **REMANDED** to the Court of Common Pleas of Philadelphia County.

                                                ___s/ANITA B. BRODY, J._____
                                                ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to: